■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT RUPP, Appellant.— Motion to dismiss appeal granted upon the ground an appeal by defendant does not lie from an intermediate order in a criminal action. Cross motion denied. Herlihy, P. J., Staley, Jr., Cooke, Kane and Main, JJ., concur.

■ In the Matter of the Claim of MAE GURIAN, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, on the ground that it was not taken within the time limited by statute (Labor Law, § 624). Herlihy, P. J., Staley, Jr., Sweeney, Main and Reynolds, JJ., concur.

## (May 22, 1973)

■ In the Matter of the Application of JAMES F. DALTON for Reinstatement as an Attorney and Counselor at Law.— Petitioner, who was suspended from the practice of law for a period of one year by order of this court dated March 10, 1972, applies for reinstatement, alleging that he has in all respects complied with the conditions of the suspension order. The New York State Bar Association has advised that it has no opposition. Accordingly, the application is granted and petitioner reinstated as an attorney and counselor at law in good standing. Herlihy, P. J., Staley, Jr., Greenblott, Kane and Reynolds, JJ., concur.

## (May 23, 1973)

■ In the Matter of LELAND FERRY, Petitioner, v. CRAIG BONIFACE, as Commissioner of the Tompkins County Department of Social Services, et al., Respondents.— Motion by respondent Commissioner of Social Services of the State of New York for permission to appeal to this court from an order made in article 78 proceeding. CPLR 5701 (subd. [c]) requires such a motion to be made to an individual Justice of the court. Accordingly, the motion is referred to Mr. Justice Main, who makes the following disposition: Motion granted. Herlihy, P. J., Greenblott, Sweeney, Main and Reynolds, JJ., concur.